IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KENNETH WYGAND, | § | |
| | § | No. 174, 2025 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. S22C-02-004 |
| PRESIDIO, INC., | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: October 24, 2025
Decided: December 12, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After considering the opening brief and the record below, we find it evident that the Superior Court's judgment should be affirmed on the basis of the court's March 24, 2025 order granting the defendant-appellee's motion for summary judgment and denying the plaintiff-appellant's motion for summary judgment.

NOW, THEREFORE, IT IS ORDERED that judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice